(No. 75-CC-167—)

WILLIAM R. WALLIN, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed April 9, 1975.*

WILLIAM R. WALLIN, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.